STATE of Missouri, Respondent,

v.

Mitchell L. MOSLEY, Appellant.

No. WD 39900.

Missouri Court of Appeals, Western District.

April 26, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

**ORDER**

PER CURIAM:

Appeal from conviction of tampering in the first degree, § 569.080, RSMo 1986, and sentence of four years' imprisonment.

Judgment affirmed. Rule 30.25(b).